

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | No. 08-22-00130-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 41ST Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| RITA TIDWELL, | | |
| | § | (TC# 2018dCV3019) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and render judgment in TDCJ's favor. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF APRIL, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.